IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.:  CCB 16-0267 |
| | * | |
| **DANTE BAILEY** | | |
| | * | |
| **Defendant** | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

Now comes undersigned, Julie M. Reamy, present counsel for the Defendant, Dante Bailey, and moves this Court to permit her withdrawal as counsel in the above captioned case.

1. On May 17, 2016, undersigned was appointed as CJA counsel for the defendant, Dante Bailey, in the above captioned case.

2. On September 22, 2016, the government filed a Superseding Indictment adding racketeering, drug conspiracy, and other charges against Mr. Bailey and 23 newly charged co-defendants.

3. Undersigned recently became aware of a conflict that will prohibit her from further representing the defendant.

4. Undersigned moves to withdraw as counsel for the defendant and have new counsel assigned.

5. Undersigned has advised Maureen Essex, CJA Coordinating Attorney, that a conflict exists and that this motion has been filed.

WHEREFORE, undersigned counsel respectfully requests that this Court grant her request to withdraw as counsel and pass an order terminating her appearance as counsel for defendant in the court record.

Respectfully submitted,

_____/s/_____
Julie M. Reamy

JULIE M. REAMY | Attorney At Law, LLC
One South Street, Suite 2125
Baltimore, Maryland 21202
Office: (410) 605-0000
Fax: (410) 697-4006
Reamy@mdlitigator.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2016, a copy of the foregoing *Motion to Withdraw as Counsel for Defendant* was filed electronically in the United States District Court for the District of Maryland, was served electronically through the Clerk of the United States District Court using CM/ECF, upon Assistant United States Attorney, Christina Hoffman.

_____/s/_____
Julie M. Reamy