UNITED STATES OF AMERICA

vs.

DANTE D. BAILEY

**Criminal No. CCB-16-0267**                                    Defendant's Trial Exhibits



| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 3/21/2019 | **ID ONLY** | Plea Agreement – William G. Banks |
| 2 | 3/21/2019 | 3/21/2019 | Photograph – Banks with a Gun |
| 3 | 3/21/2019 | 3/21/2019 | My All Family Is All (page 1) |
| 4 | 3/21/2019 | 3/21/2019 | Photograph |
| 5 | 4/1/2019 | 4/1/2019 | Map |
| 6 | 4/1/2019 | 4/1/2019 | Copy of Government DEM-6 |
| 7 | 4/1/2019 | **ID ONLY** | Draft – FBI Cellular Analysis |
| 8 | 4/1/2019 | 4/1/2019 | Map |
| 9 | 4/11/2019 | **ID ONLY** | Specific Charge in the 2nd Superseding Indictment in CCB-16-0267 |
| 10 | 4/17/2019 | **ID ONLY** | Letter from Dante Bailey |
| 11 | 4/17/2019 | 4/17/2019 | Google Maps -2000 W. Lafayette Avenue to 300 Collins Avenue |
| 12 | 4/17/2019 | 4/17/2019 | Transcript from Jail Call – J33t |
| 13 | 4/22/2019 | **ID ONLY** | Black Blood Brother |
| 14 | 4/22/2019 | 4/22/2019 | Amazon Search for Urban Fiction |
| 15 | 4/22/2019 | 4/22/2019 | Library of Congress Search for Urban Fiction |
| 16 | 4/22/2019 | **ID ONLY** | Book – THE BGF KODE |
| 17 | 4/22/2019 | 4/22/2019 | Photograph of Book & Back Cover of Book – The BGF KODE |
| 18 | 4/22/2019 | 4/22/2019 | Page 342 of Facebook Records |
| 19 | | | |

Exhibit List (Rev. 3/1999)