**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>(410) 962-3220<br>Fax (410) 962-6836 |

April 28, 2020

MEMORANDUM TO COUNSEL

    Re:    *United States v. Dante Bailey*
                  Criminal No. CCB-16-0267

Dear Counsel:

    Thank you for your responses to my recent order (ECF 1485). I request that the government file its motion to partially unseal its sentencing memorandum. Once that is filed, I will approve it so the press can have access to the redacted version. Also, I am authorizing David Ciambruschini of our Clerk's Office to provide an electronic copy of the defense memorandum to the reporter on the conditions described.

                                              Sincerely yours,

                                              /S/

                                              Catherine C. Blake
                                              United States District Judge

cc:    David Ciambruschini