IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRMIINAL NO. CCB-16-0267** |
| v. | |
| **DANTE BAILEY,** | |
| Defendant. | |

## MOTION TO PARTIALLY UNSEAL

The United States of America, by and through its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Christina A. Hoffman, Assistant United States Attorney for said District, moves to partially unseal the Government's Sentencing Memorandum and the exhibits thereto, and in support thereof states the following:

1. The government's sentencing memorandum and exhibits were initially filed under seal because they referred to confidential informants and the testimony of witnesses at trial. The Court found that the appearance in the public record of the sentencing memorandum could create safety issues for those witnesses and informants.

2. The government has now submitted redacted versions of its sentencing memorandum and exhibits that omit the names of witnesses, suspected cooperators, and victims. The government believes that the redacted versions can be filed on the public docket without creating safety issues for those witnesses, suspected cooperators, and victims.

WHEREFORE, the government respectfully request that the Court partially unseal the Government's Sentencing Memorandum and exhibits, and file the proposed redacted versions of the Government's Sentencing Memorandum on the public docket.

1

        Respectfully submitted,

        Robert K. Hur
        United States Attorney

By: _____/s/_____
        Christina A. Hoffman
        Assistant United States Attorney
        36 South Charles Street
        Baltimore, Maryland 21201
        410-209-4800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRMIINAL NO. CCB-16-0267** |
| **v.** | |
| **DANTE BAILEY,** | |
| **Defendant.** | |

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for partially unsealing as presented therein, and it is hereby **ORDERED** that the Government's Sentencing Memorandum and exhibits thereto shall be **PARTIALLY UNSEALED**, and the proposed redacted versions shall be filed on the public docket.

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

Dated: April _____, 2020.

Honorable Catherine C. Blake
United States District Judge