**Jail Call Transcript**

**Date & Time**:     April 28, 2019 at 7:12 p.m.

**Inmate**:     Dante Bailey (using inmate account of Tariq White) (CDF)

**Dialed #**:     (240) 553-4046 (Altoneyo Edges, a/k/a Chicken Box)

**Other Participants**:     "Pick"

@ 1:45

| | |
|---|---|
| Bailey: | Man yo, I don't understand that shit. So that's how y'all are rocking? |
| Edges: | Naw it ain't like how Bandi put it. |
| Bailey: | Fuck what Bandi saying, is that how y'all are rocking? Fuck what she saying. It ain't involve her. It involve you, Scar, and Pick. That's it. You heard him say— |
| Edges: | He say he rocking with her. |
| Bailey: | Alright! That's all that— |
| Edges: | Naw, he ain't say like he rocking with her like to get Bandi. That's what she trying to put it. He say yeah I'm rocking with her [unintelligible]— |
| Bailey: | Alright, well— |
| Edges: | He ain't put it on [unintelligible] that she looking for her or none of that. |
| Bailey: | Alright, but he said he rocking with the bitch, and she better look out because the bitch looking for her. That means he know the bitch looking for her! How he know? Cause she told him! |
| Edges: | Yeah. |
| Bailey: | Alright, all I'm saying to you is. So you telling me, fuck this Bandi. Say it's you, and he tell you—that's how I look at life. ***I don't give a fuck if they arguing. Niggas took a motherfucking pledge, they pledge allegiance to something together. It don't matter if they hate each other.*** Because the overall bigger picture is the one thing. Now, imagine him telling you that, how you would feel. Yeah, I'm rocking with this nigga, and he on your ass. |
| Edges: | I'd be fucked up. |
| Bailey: | What you mean you'd be fucked up? I ain't talking about no regular life. You ain't livin' no regular life. That's what you all fail to realize. I'm tired of this shit. |
| Edges: | ***I don't wanna say everything on the fucking phone. I know what you saying. But I don't wanna say everything on the phone.*** |

1

Bailey: But you already hip to this situation, why the fuck do I gotta, it gotta get to me? Like you know the—

Edges: Everybody don't be around at one time, that's what I'm saying.

Bailey: What you mean, yo. But you can go look for him. What you talking about?

Edges: Oh alright.

Bailey: Niggas can go look for him.

Edges: [unintelligible]

Bailey: Yeah, it gotta be!

Edges: Alright, say no more. Say no more.

Bailey: Like you talk like—y'all are crazy. **But it don't have nothing to do with Bandi. That's what I'm saying. I don't want him to think that. Like a motherfucker taking her side over his side. No. It's the rules! That's one of the major— that's the rules, yo!** How the fuck you gonna tell me—that's like telling me, I'm rocking, yeah, yo on your ass boy … that's like me telling you, yeah, yo on your ass nigga, and I fuck with yo.

Edges: I got you.

Bailey: How the fuck a nigga. That means if the nigga told me he was on your ass in front of my face and I ain't even do nothing, and you supposed to be my bro.

Edges: Yeah, you right.

Bailey: That shit don't make no sense.

Edges: Want me to call Pick back?

Bailey: No, you can talk to him yourself, yo. Yeah call Pick on his phone, 443-744-8075.

[pause]


@ 9:00

Bailey: Pick, listen, yo. ***Niggas need to, you need to go find yo, and show him how he in violation.*** Explain to him because I don't want it to seem like, that he's in violation, and I don't want it to seem like it's over Bandi. It's about—he's in violation because if he did that with anybody.

Pick: Yeah, I know.

Bailey: That's anybody. It ain't just because of her. It's anybody. ***If he say he rocking with someone else, or he fucking with somebody, and somebody told him that***

2

|        |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|--------|-----|

Pick:      *they wanna do something to one of his brothers or sisters, and he still fuck with him, then he in violation.*

Pick:      Yeah. That's—I know.

Bailey:      So he need to understand why he in violation and he need to learn not to do that again.

Pick:      Already.

Bailey:      And then now we need to address the situation of who the fuck is Flame? Who the fuck is this Flame?

Pick:      I don't know.

Bailey:      *Y'all need to be looking for her. Y'all need to look for her! Y'all need to look for her!*

Pick:      *Alright, say no more.*

Bailey:      I ain't even supposed to have to take care of this shit. I'm in the joint, I might even get life in the penitentiary, and I still need to take care of shit in the streets? If niggas ain't active, they ain't active, it's over. If you active, this is what it is. This is the shit that come with it. *How the fuck is a bitch in the street talking about what she gonna do, and ain't nobody looking for her?*

Pick:      Nobody know who she is except Bandi.

Bailey:      Okay so then that's who you need to talk to. I don't care if it's just to burn down on her, yo who the fuck is you? We them niggas, yo. Fuck y'all forgot? That's why I'm telling you, *Box, you gotta turn, you gotta sit down and make a plan about how you gonna make your brothers look good again.* It's not up to me, I'm in here. You in position to do so, dog. Cause motherfuckers is thinking niggas is anything. Like don't nobody play like that. How the fuck is—yeah, I'm looking for Bandi. Who the fuck gonna tell another I'm looking for Bandi, I'm a smash that bitch, and you talking to another nigga that's the same thing as her? Come on, yo. That don't make sense. That means' that all y'all bitches. Y'all don't see that? That means they think that all y'all whores. Ain't no respect. Yeah, I'm gonna smash that bitch, I'm gonna crush that bitch. Do y'all realize, I don't give a fuck how dirty the bitch talk out her mouth. *It's your obligation to fix her, to discipline her, and make her understand her wrong.* But do you understand, when a motherfucker think he can say fuck any of y'all, *if they think they can disrespect one of y'all, that means they don't have respect for none of y'all. Do you understand that?*

Edges:      Yeah.

Pick:      Yeah.

3

@ 13:53

Bailey: I ain't lose my life for this shit for it to be like that, yo. Hell no, man! Hell no, man! ***I don't give a fuck if it's only ten of y'all, five of y'all.  Everybody need to be looked like, niggas need to be respected.***

@ 15:08

Bailey: It ain't even no presence or nothing.  Like you talking about the nigga Slink talking about y'all relaxed, like it's a joke.  I remember that nigga used to be scared as shit when I come around!  I remember he didn't even have nowhere to go. He wanted to be down bad as shit. Fuck no. You're lucky you used to come around your own neighborhood.  We allowed that.  We allowed him to stay in his own neighborhood.

@ 19:25

Bailey: Y'all need to handle the situation the right way.  That's all the advice I can give you.  But I need to see some type of growth and development, because I ain't losing my life for that shit to be going like that.  Fuck that, y'all niggas crazy. Like y'all don't know what the fuck goin' on. ***That's my sister yo, y'all supposed to protect shorty at all cost.***