LAW OFFICES
# DONALD DANEMAN, P.A.

ASSOCIATES
ROBERT D. COLE, JR.
ERIKA H DANEMAN SLATER

349 N. CALVERT STREET
BALTIMORE, MARYLAND 21202

January 13, 2011

OFFICE: 410-727-3033
FACSIMILE: 410-528-9616
RESIDENCE: 410-876-1411

Hon. Willam D. Quarles, Jr.
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:   <u>United States v. Dante Bailey</u>
           Case No. WDQ 04-0254
           Our File No.: 04-1106

Dear Judge Quarles:

      Thank you for the opportunity to supplement my original response to the Court's letter of December 2, 2010 regarding Mr. Bailey's request for the Court to grant him a retroactive (concurrent) designation.

      Enclosed please find a sincere letter from Mr. Bailey which reflects the remorse he feels for his actions and the many steps he has taken to rehabilitate himself within the Bureau of Prisons. In addition to the letter, I have attached copies of his Inmate Education Transcript and seven Certificates of Achievement, including a certificate documenting his completion of the six mandatory components of the Release Preparation Program at U.S.P. Big Sandy.

      Given the length of the period of incarceration Mr. Bailey has already served, the fact that Judge Pierson did not order that his sentence run consecutively to the sentence in this case and Mr. Bailey's genuine expression of remorse and efforts towards rehabilitation, I ask that the Court grant his request.

                                      Very truly yours,

                                      Robert D. Cole, Jr.
                                      Donald Daneman, P.A.

RDCjr./rc
encl.
cc: AUSA Barbara Sale

12/20/10

Mr. Cole,

I am in receipt of your "Good News". Just the consideration makes my heart skip a beat. I appreciate your efforts, especially being as though it was almost 1 year ago that I was sentenced.

Now, I would like you to include this letter, entirely, or parts thereof that you deem fit to present to the courts to get the best results. I will deal only in truth.

First & Foremost, I am not an angel, my rap sheet speaks volumes. I am not a sugar coater either, so sometimes things I say or have said things that has hurt people, mainly myself. On December 7th 2010 I turned 32 years old. Besides 4 months in 2002 (May 31st - Oct. 2nd) & another 4 months (Nov 4th 2003 - Mar. 2nd 2004), I have not been in society since I was 17 years old. I am not saying this looking for sympathy, I say this because of empathy. I dont hail from a poverty-stricken family. My entire immediate family on my mother's side are of the middle class. I was raised to be a productive citizen in the African American society. I was put through private education & I am a devout Christian. I continue to have the support of a loving family, but it took me years to understand & comprehend that because of "my" actions, traveling the wrong path, I am in prison today. The decisions I made are the things that got me here, no one else's. Today I acknowledge that & I want to apologize to secret my family, my friends, & most of all those that I have hurt during my path of destruction. I repent. I thank God that I am still alive & I pray that he continues to bless me as I strive to become successful, making a difference in, not only my life, but everyone around me.

Over the past 6 years, 9 months since I was federally indicted I received many wake up calls, many negative & many positive. I've lost several family members, my Aunt Suzette Scott, battling MS, my grandfather can not walk anymore, & their is no one to physically tend to both my elderly grandparents in Baltimore, because my uncle, Mr. Rodney Staples, has recently relocated to the state of Georgia to reside with my mother who has been living there for the last 13 1/2 years. On top of that, I have lost 3 of my closest friends to the street culture &

gang life that has plagued the State of Maryland. The positive wake up calls have been in the success of my writing skills that bloomed because of a close friend of mines name April Clay inspired me. I have since written 2 non fiction books, as well as 3 urban novels. My financial situation disallows me from prospering. The FB only pays you 13¢ a hour, That's if you are lucky. $5.25 is the average pay for the majority of inmates, a month! I have also completed a 115 hour Microsoft computer class, became a certified Residential Electrician thru Stratford Institute, I've helped numerous amounts of inmates receive their G.E.D., I've completed the 10 hour Real Estate literate class, I've taken up leather as a hobby, & I've completed every last Release Preparation Program that the FBOP has to offer. From learning how to point out identity thieves to how to receive my driver's license. I've done all of this in the midst of some of the worst criminal's in the country. I thank God that I am still alive today after I was assaulted by a member of the Mexican Mafia. I defended myself & had to suffer. I continue to suffer today because not only am I now housed inside a USP, but I am always threatened with harm because these Mexicans who call themselves surenos are everywhere. They want peace but as soon as a racial riot breaks out, I am on the list. This is not comfortable but I survive & I continue to prepare for my future. My mind is right, now all I have to do is put action behind it. I have to get home.

    I have a beautiful support system to be released to. My grandparents house is in the suburbs of Northeastern Baltimore by Morgan State University. To confirm the # is 410-426-  
(443-468-6169)  
My backbone is my cousin James Scott who has been an entrepreneur since his release from Federal custody in Mar of 2008. He now has his own Used Car company as well as a Tractor Trailer business. That he has linked up for me to go straight to All State on Broening Hwy upon my release to learn how to operate trailers & receive my CDL's. I have a beautiful woman in my life by the name of April Clay (443-854-3778). She has a great career ahead of her in the music & entertainment business. I am ready than ever before to become apart of society again.

Lastly, enclosed is my programming sheet. I've been doing what I have to do. On the day that the courts were talking, I was participating in 6 programs attempting to make a change. I know it will be a struggle also, but I plan on winning the war, but I cannot begin to rehabilitate until I am free. The prison system is not the same anymore. Because of the violence, they have literally turned these USP's into concentration camps. No college educations, no real intellectual programming, no self help classes, just the atmosphere of prison. The 3 years I have left according to the FBOP's calculation can not help me. I am only locked up for a handgun. If I was to do all of the time, I would have 10 years 2 months & 1 week day for day for a possession of a handgun by a felon. My actual release date is 5-10-15. The government gave my projected release date with good time. I also have 3 years on supervised release, so altogether, for a possession of a firearm I am looking at either 10 years to get off paper or 14 years to be off paper. That is a very long time. I would also like to include that the Hon. Michael Pierson stated on record that the 5 years he sentenced me to would run concurrent with the 86 months I received with the Feds. That should be a factor because I do not dictate where I go. Also, I was arrested for only this 1 count of 922g on March 2nd, 2004. I was not on a writ from the state of Maryland to the Feds. I only had that one charge & because of that charge I was violated. The state of Maryland waited for the outcome of the federal charge to determine what they would do. In 2004 Baltimore City Detention Center was housing federal inmates. I was one of them. I got fired from a job as an inmate councilman on the executive board because of the federal case. They said that federal detained inmates couldn't have jobs over there. The chief of security was named Mr. Banks. I was not in custody for a violation of probation. I was in custody because of the handgun violation that caused the violation to occur on 3/22/04. Please consider my release. I will become the man that I know I am. I just need the chance.

P.S. I have certificates

```
BSY3K           *         INMATE EDUCATION DATA       *    12-20-2010
PAGE 001 OF 001 *             TRANSCRIPT              *    17:29:15

REGISTER NO: 41513-037   NAME..: BAILEY                   FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: BSY-BIG SANDY USP

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
BSY  ESL HAS    ENGLISH PROFICIENT            06-03-2008 1151 CURRENT
BSY  GED HAS    COMPLETED GED OR HS DIPLOMA   06-03-2008 1151 CURRENT

-------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV HRS
BSY       RPP6;PARENTAL RESPBLTY SEM  12-14-2010  12-14-2010  P   C  P   1
BSY       RPP2;RESUME&COV.LETTER SEMINAR 12-14-2010 12-14-2010 P  C  P   1
BSY       RPP1;HEALTHY FOOD CHOICES   12-14-2010  12-14-2010  P   C  P   1
BSY       RPP3;BASIC BANKING SEMINAR  12-14-2010  12-14-2010  P   C  P   1
BSY       RPP4;PERSONAL IDENT. SEMINAR 12-14-2010 12-14-2010  P   C  P   1
BSY       RPP5;RELEASE REQ.SEMINAR    12-14-2010  12-14-2010  P   C  P   1
LEE       SHU ACE- PERSONAL FINANCE 1 08-16-2010  09-20-2010  P   C  P  10
LEE       RPP5 RPP ORIENTATION        03-04-2010  03-04-2010  P   C  P   1
LEE       RPP1 AIDS AWARENESS         03-04-2010  03-04-2010  P   C  P   1
MCK       READ.IS FUND.TH.6;30-8:30   04-23-2009  07-15-2009  P   C  P  20
MCK       RPP-LEISURE TIME ATT:RANSOM 08-05-2009  08-07-2009  C   C  P   2
MCK       RPP POINT OF VIEW           06-13-2009  06-13-2009  P   C  P   2
MCK       RPP POINT OF VIEW           03-14-2009  03-14-2009  P   C  P   2
MCK       LEATHER CLASS SAT-SUN730A-930A 03-02-2009 05-11-2009 P C  P  40
MCK       CREDIT UNIO.ORIE.TH.9:00-11:00 08-11-2008 08-11-2008 P C  P   2
MCK       RPP(1) WELLNESS             04-15-2009  04-15-2009  P   C  P   2
MCK       COMPTR OFFICE 2000 10:00-11:30 10-07-2008 03-24-2009 P C  M 115
MCK       FAM RELATIONS M/T/W/F 745-1000 01-20-2009 03-04-2009 P C  P  50
MCK       PARENTING ROOM ORIENTATION  02-26-2009  02-26-2009  P   C  P   1
MCK       RPP(4)-COMMUNITY CORRECTIONS 12-18-2008 12-18-2008  P   C  P   2
MCK       RPP(3) AVOIDMONEYTRAP       02-05-2009  02-05-2009  P   C  P   1
MCK       RPP (2) GETTING THE JOB     10-29-2008  10-29-2008  P   C  P   3
MCK       SOUL & R&B TU.&TH.12:30-3:30 09-15-2008 10-30-2008  P   C  P  42
MCK       RPP(5)RELEASE REQ/PROCED.-CMC 10-09-2008 10-09-2008 P   C  P   2
MCK       RPP (6) DAD'S TRNSITION HOME 07-17-2008 07-17-2008  P   C  P   3
MCK       RPP(4)-COMMUNITY ASSISTANCE 05-29-2008  05-29-2008  P   C  P   2
MCK       RPP(1) WELLNESS             05-31-2008  05-31-2008  P   C  P   2


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# Certificate of Achievement

awarded to:

Dante Bailey

for completion of the
six mandatory components of the
Release Preparation Program
at U.S.P. Big Sandy

December 14, 2010

_____
G. Bratcher, Supervisor of Education

_____
S. Edwards, RPP Coordinator

# Certificate of Achievement

This certifies that

**Dante Bailey**

Has satisfactorily completed

**Leisure Time Pre-release Class**

Consisting of 2 Hours of Training

This certificate is hereby issued this 06th day of August, 2009

_____
Gary "Rusty" Ransom, I.S.D. & R.C.

_____
Dr. Dani McKinney, SUNY-Fredonia

# Certificate of Completion

This certifies that

*Dante Bailey*

Has successfully completed the

**Reading is Fundamental Class at FCI McKean.**

This certificate is hereby issued on this 15th day of July 2009

_____
Supervisor of Education

_____
Teacher

# Certificate of Achievement

*This certificate is awarded to:*

*Dante Bailey*

*For satisfactorily completing*

**Computer Vocational Training**
In
**Microsoft Office 2000**

*Consisting of 115 Hours of instruction in Keyboarding Skills, Word, Excel, Access, and PowerPoint with a Final Grade of 96%.*

*Given this 24th day of March 2009.*

_____
G. Smith, Computer VT Instructor

_____
D. Flatt, Supervisor of Education

# ~ Certificate of Achievement ~

This certifies that

## Dante Bailey

has satisfactorily completed

## Keys to Healthy Family Relationships

Consisting of __50__ Hours of Training

This certificate is hereby issued this __3rd__ day of __March__, 20__09__

_____
Maryanne Agnobia, Teacher

_____
Dennis J. Flatt, Supervisor of Education

# Certificate of Achievement

Awarded to:

## Dante Bailey

For successful completion of:

## Leather Class

On this 11th day of May 2009

D.J. Whitmore, Recreation Specialist

J. Yurkowicz, Supervisor of Recreation

# F.C.I. McKean
# Certificate of Achievement

This Certifies That
Dante Bailey
Has Satisfactorily Completed
The Legends Of Classic Soul & R & B Class
As Of October 30, 2008

*Thomas Perry*
Thomas Perry, Recreation Specialist