IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRMIINAL NO. CCB-16-0267** |
| **v.** | |
| **DANTE BAILEY,** | |
| **Defendant.** | |

## <u>ORDER</u>

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for partially unsealing as presented therein, and it is hereby **ORDERED** that the Government's Sentencing Memorandum and exhibits thereto shall be **PARTIALLY UNSEALED**, and the proposed redacted versions shall be filed on the public docket.

It is further **ORDERED** that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.


Dated: April __28th__, 2020.

_____
/S/
_____
Honorable Catherine C. Blake
United States District Judge