IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-16-0267 |
| | * | |
| **DANTE BAILEY** | * | |
| | * | |
| **Defendant** | * | |

*******

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned counsel respectfully moves this Court for leave to withdraw as counsel, and for this Court to appoint new counsel for Mr. Bailey in connection with his pending motion for a new trial. The Fourth Circuit appointed the undersigned counsel to represent Mr. Bailey on his Fourth Circuit appeal (*United States v. Bailey*, 20-4266). The undersigned counsel then noticed her appearance in this Court, with the Court's permission, to represent Mr. Bailey on his motion for a new trial. The undersigned counsel has been elected to the Virginia Court of Appeals and therefore is resigning from the Federal Public Defender's Office in the Western District of Virginia effective September 6, 2021.

Therefore, the undersigned counsel respectfully requests that the Court grant this motion to withdraw as counsel and appoint new counsel for Mr. Bailey at this time. Given the small size of the Federal Public Defender's Office in the Western District of Virginia, no other attorney from this office could effectively continue representing Mr. Bailey at this time.

Respectfully submitted,

s/ Lisa M. Lorish
Lisa Marie Lorish
Assistant Federal Public Defender
410 East Market St, Ste 106
Charlottesville, VA 22902
Lisa_lorish@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2021, I electronically filed the foregoing motion of Appellant with the Clerk of the Court using the CM/ECF System, which will send notice, and constitute service, of such filing to all registered CM/ECF users.

/s Lisa M. Lorish